UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HENRI KELI

246-A Stadsring

Amersfoort 3811 HS

Netherlands

+44 7713165831

Case: 1:07-cv-01697
Assigned To : Walton, Reggie B.
Assign. Date : 9/20/2007
Description: Pro Se General Civil

VS.                                    CIVIL ACTION NO.

CONDOLEEZA RICE ,as  Secretary of State

U.S. Department of state ,2201 C Street NW , Washington DC 20520

MAURA HARTY , as Assistant Secretary, Bureau of consular Affairs

U.S. Department of state ,2201 C Street NW , Washington DC 20520

STEPHEN A. "TONY" EDSON , as Deputy Assistant Secretary of State for Visa Services

U.S. Department of state ,2201 C Street NW , Washington DC 20520

PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND DECLARATORY JUDGEMENT.

NOW come the Plaintiff, Henri Keli, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of a diversity visa application filed by the Plaintiff, Henri keli. The application was filed and remains within the juridiction of the Defendants, who have improperly delayed processing the application to Plaintiff 's detriment.

## PARTIES

2. Plaintiff, Henri Keli resides at 246-a Stadsring, 3811 HS Amersfoort, Netherlands is the beneficiary of a Diversity Visa.

3. Defendant Condoleeza Rice is the Secretary of State, and this action is brought against her in her official capacity. She is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of State . More specifically , the Secretary of State is responsible for the adjudication of applications for immigrant visa filed pursuant to the Immigration and nationality Act (INA). The department of state is in charge of enforcing immigration in the exterior of the USA.

4. Defendant Maura Harty is the assistant Secretary of the bureau of consular affairs generally charged with supervisory authority over all operations of the Americans Embassy abroad .The mission of the bureau is to administer laws, formulate regulations and implement policies relating to the broad range of consular services and immigration.

5. Defendant Stephen A. "Tony" Edson is the Deputy Assistant Secretary of State for visa services charged with supervisory responsibility over the office of Visa Services which issue all non-immigrant and immigrant visas

## JURIDICTION

6. Juridiction in this case is proper under 28 U.S.C. § 1331 and 1361 regarding an action to compel an officer of the United States to perform his duty, 5 U.S.C. § 701 et seq. And 28 U.S.C. § 2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC 1391(e), in that this is an action against officers and agencies of the United States in their official capacities.

## EXHAUSTION OF REMEDIES

8. The Plaintiff properly filed an application to the U.S. Embassy of London, Application to register for a visa under the diversity visa program , pursuant to Section 203(c). of the Immigration and Nationality Act.

9.  This petition, along with forms and supporting documentation (Exhibit 1), was filed in person
    at the U.S. Embassy of London on January 10th 2007 . Fingerprints , police clearances and
    photo ids  were also submitted giving the opportunity to actually do the U.S. Department of
    State 's clearance there and then.

    The Plaintiff was interviewed on January 10th 2007 and was requested to submit further
    evidence of relationship to the beneficiary of derivative status.

    Several evidences were then submitted in timely manner (within 5 working days) , this
    evidences were welcomed with great silence until August 10th 2007 where the Plaintiffs was
    invited for a following up interview . The Plaintiff took one day off to attend the interview
    (loosing one day salary) and was told there are no reasons to deny the visa as a sole applicant
    (i.e. If spouse does not follow principal applicant) .

    Two weeks later the Plaintiff was informed by the Defendants his application required
    clearance from the Department of State. To date after 30 days the clearance has not been
    completed and the Diversity visa program is reaching the deadline for the granting of the Visa
    (30th September 2007).


10. The Plaintiff sent several emails (Exhibit 2 ) to the Department of State , US embassy of
    London and Federal Investigation bureau and the plaintiff was told by the US embassy the
    department of State still had not completed his clearance or background check.


11. The Defendants have failed to properly and in a timely manner  adjudicate  this petition . They
    have failed to adhere to their own regulations and have improperly delayed the processing of
    the Plaintiff 's Visa Application after the Plaintiff had submitted a properly executed
    application with all required evidence.  It has been 6 months since Plaintiff had his interview
    at the US Embassy of London.

12. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

13. Defendants's delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants wilfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving him of the rights to which the Plaintiff is entitled.

14. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

   a) Specifically the plaintiff is unable to obtain legal permanent residence, travel and work without restriction in the USA.

   b) The Plaintiff and his wife took the decision to sacrifice their marriage for the opportunity giving to the Plaintiff as a sole applicant.

   c) The Plaintiff's marriage and current work have been put under a lot of stress due to the delayed processing of the application (the Plaintiff abandoned his study just to allocate time to understand why the application is delayed)

15. The Defendants, in violation of the administrative Procedures Act, 5 U.S.C. § 701 et seq. Are unlawfully withholding action on the Plaintiff's application and have failed to carry out in a timely manner (before 30th September 2007) the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

16. The Plaintiff has provided sufficient evidence of his attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiff has been forced to retain the services of his attorney to pursue the instant action.

## PRAYER

17. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the court enter an order:

- Requiring Defendants to properly adjudicate plaintiff's application for action on an approved application.
- Requiring Defendants to adjudicate Plaintiff's application before 30th September 2007.
- Awarding Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act.
- Granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

Henri Keli +44 7713165831

246A Stadsring

3811 HS Amersfoort

Netherlands

**EXHIBIT #1**

Kentucky Consular Center
3505 North Highway 25W
Williamsburg KY 40769
U.S.A.

November 16, 2006

HASSANI YOUSSOUF
31 PARK GRANGE MOUNT
SHEFFIELD S2 3SP
GREAT BRITAIN AND NORTHERN IRELAND

Dear HASSANI YOUSSOUF:

The enclosed information pertains to your application for an immigrant visa to the United States under the DV2007 program.

Your case has been sent to the American Embassy/Consulate at LONDON for immigration visa processing. Entitlement to processing at that office is governed by residence or former residence in that district. The Embassy/Consulate will inform you if your case cannot be accepted for processing, and provide instruction as to the appropriate office which should process your application.

An appointment has been scheduled for you to come to that office on January 10, 2007 08:00 AM. All members of your immigrating with you must appear with you on the appointment date, January 10, 2007 at 08:00 AM. Please notify the of at once if you cannot keep the appointment. The address of that office is given below.

Please read and follow all the enclosed instructions very carefully. When communicating with the Embassy/Consulate either by telephone or letter, you must always refer to your name and case number exactly as they appear below.

The total fee for a Diversity Immigrant Visa per person is $755.00 in U.S. dollars. The applicant fee (per person) is $335.00, the security surcharge (per person) is $45.00, and the Diversity Visa Lottery surcharge (per person) is $375.00.

Upon arrival at the Embassy/Consulate on your appointment day, please present this letter to the receptionist.

The Kentucky Consular Center has completed its process of your case and any further inquiries should be addressed to:

EMBASSY OF THE UNITED STATES
VISA UNIT
5 UPPER GROSVENOR ST
LONDON
GREAT BRITAIN AND NORTHERN IRELAND
09042-450-100

| | |
|---|---|
| Case Number: | 2007EU00008331 |
| PA Name: | YOUSSOUF, HASSANI |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability: | FSAT |

**07 1697**

**FILED**

020 7584 9458

CERTIFICATE OF IMMUNIZATION

THIS IS TO CERTIFY THAT ___Hassan Youssouf___

WHOSE SIGNATURE APPEARS BELOW WAS ON THE DATES INDICATED INNOCULATED AGAINST:

| DATE | VACCINE | BATCH NO: | Signature & Professional Status of Vaccinator | Booster Due: | OFFICIAL STAMP |
|------|---------|-----------|-----------------------------------------------|--------------|----------------|
| 9/01/67 | aTp REVAXIS | REVAXIS ®<br>BATCH: Z9525-1<br>EXPIRY: 08-2008 | Dr Tri Matt | | Knightsbridge Medical Practice<br>Sloan Street<br>London<br>UK Yellow Fever Vaccination Centre |
| 09/01/07 | MMR | PRIORIX<br>A18SA472A | Dr Tri Matt | | |

NB: If you could be PREGNANT, please note you should not have an MMR injection and you MUST
NOT GET PREGNANT within 3 months of vaccination

Signature of Person inoculated _____

Most one of these viruses but is it very;
appearing.
Priorix can be given to persons who have been in recent (within three days) contact with
of measles and so may be incubating the disease.   However, Priorix may not always be able to
prevent measles developing in these cases.

2. Before having Priorix
Priorix is not suitable for everyone.
If the answer is YES to any of the following questions, either the vaccine will not be given at all

It is currently recomm_____
vaccine such as Priorix should be given at w____
that a second dose of a combined measles, mumps and rubella vaccine____
be given before a child starts school.  It does not matter if the first injection w__
with other measles, mumps and rubella vaccines.

Date: _____

U.S. Department of State

# VACCINATION DOCUMENTATION WORKSHEET
For Use with DS-2053

To Be Completed by Panel Physician Only

OMB No. 1405-0113
EXPIRATION DATE: 05/31/2007
ESTIMATED BURDEN: 20 minutes (See Page 2 - Back of Form)

**Name (Last, First, MI)** YOUSSOUF HASSANI

**Birth Date (mm-dd-yyyy)** 05.24.1972

**Passport Number** 04EE0867S.

**Alien (Case) Number** 2007EU0000831

**Exam Date (mm-dd-yyyy)** 01.09.2007

REQUIRED FOR U.S. IMMIGRANT VISA APPLICANTS

NOT REQUIRED FOR REFUGEE APPLICANTS

NOTE FOR PANEL PHYSICIANS:
For refugee applicants, please complete only if reliable vaccination documents are available.

## 1. Immunization Record

| Vaccine | Date received (mm-dd-yyyy) | Vaccine History Transferred From a Written Record (list chronologically from left to right) Date received (mm-dd-yyyy) | Date received (mm-dd-yyyy) | Date received (mm-dd-yyyy) | Vaccine Given by Panel Physician (mm-dd-yyyy) | ( if Completed Series if complete, write "yes" if variable history, or write date of last test if immune) | Blanket Waiver(s) To Be Requested If Vaccination Not Medically Appropriate, Check Suitable Box(es) Below | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Not age appropriate | Insufficient time interval | Contra- indicated | Not routinely available | Not fall (flu) session |
| DT/DT/DTaP | | | | | 01·09·2007 | ✓ | ✓ | | | | |
| Td | | | | | | | | | | | |
| Polio (OPV/IPV) | | | | | | | | | | | |
| Measles (or MR or MMR) | | | | | 01·09·2007 | ✓ | ✓ | | | | |
| Mumps (or MMR) | | | | | 01·09·2007 | ✓ | | | | | |
| Rubella (or MR or MMR) | | | | | 01·09·2007 | ✓ | | | | | |
| Hib (Haemophilus influenzae type b) | | | | | | | | | | | |
| Hepatitis B | | | | | | ✓ | ✓ | | | | |
| Varicella | | | | | | ✓ | ✓ | | | ✓ | |
| Pneumococcal | | | | | | ✓ | ✓ | | | | |
| Influenza | | | | | | ✓ | ✓ | | | | |

## 2. Results

☑ **Vaccine history incomplete**
  ☐ Applicant may be eligible for blanket waiver(s) because vaccination(s) not medically appropriate (as indicated above).
  ☐ Applicant will request an individual waiver based on religious or moral convictions.
☐ **Vaccine history complete for each vaccine, all requirements met (documented above).**
☐ Applicant does not meet vaccination requirements for one or more vaccines and no waiver is requested.

**3. Panel Physician (name)** DR WAFAA BARIHA

**Panel Physician (signature)** [signature]

**Date (mm-dd-yyyy)** 01.09.2007

**PRIVATE AND CONFIDENTIAL**

**TO BE AUTHENTIC THIS DOCUMENT MUST INCLUDE TWO BLUE BANDS**

**National Identification Service
Subject Access Office
Room 350
New Scotland Yard
Broadway
London SW1H 0BG**

Henri KELI
31 Park Grange Mount
SHEFFIELD
South Yorkshire
S2 3SP

**Tel 020 7230 2958
Fax 020 7230 2688**

**Our Ref: 2006/1152319W**

21 September 2006

Dear Sir/Madam,

**Section 7, Data Protection Act, 1998 - Subject Access**

In reply to your request for information that may be held about you by the West Yorkshire Police on computers in the following categories:-

**Person Record:** Prosecution/Conviction

The Data Protection Act places an obligation on the Police when holding personal information on computer to provide a copy of that information (unless an exemption applies) to the individual concerned on request.

**From the personal details supplied in your request there is no information held about you in the *Person Record* category of the Police National Computer.**

If you requested any categories not shown above the West Yorkshire Police will send you a separate reply.

Yours faithfully,

For Director of NIS

**[NB: The exemptions in relation to disclosure of information held on Police computers are limited to where data are held for:- (a) the prevention or detection of crime, (b) the apprehension or prosecution of offenders, and disclosing such data would be likely to prejudice those purposes.]**

This document does not constitute a Certificate of Good Character

Page 1 of 1

**PRIVATE AND CONFIDENTIAL**

National Identification Service Authentic Document  National Identification Service Authentic Docun

TO BE AUTHENTIC THIS DOCUMENT MUST INCLUDE TWO BLUE BANDS

**National Identification Service**
**Subject Access Office**
**Room 350**
**New Scotland Yard**
**Broadway**
**London SW1H 0BG**

**Tel 020 7230 2958**
**Fax  020 7230 2688**

Hassani YOUSSOUF
31 Park Grange Mount
SHEFFIELD
South Yorkshire
S2 3SP

**Our Ref: 2006/1096974N**

20 June 2006

Dear Sir/Madam,

**Section 7, Data Protection Act, 1998 - Subject Access**

In reply to your request for information that may be held about you by the South Yorkshire Police on computers in the following categories:-

**Person Record:** Prosecution/Conviction

The Data Protection Act places an obligation on the Police when holding personal information on computer to provide a copy of that information (unless an exemption applies) to the individual concerned on request.

**From the personal details supplied in your request there is no information held about you in the *Person Record* category of the Police National Computer.**

If you requested any categories not shown above the South Yorkshire Police will send you a separate reply.

Yours faithfully,

For Director of NIS

**[NB: The exemptions in relation to disclosure of information held on Police computers are limited to where data are held for:- (a) the prevention or detection of crime, (b) the apprehension or prosecution of offenders, and disclosing such data would be likely to prejudice those purposes.]**

This document does not constitute a Certificate of Good Character

National Identification Service Authentic Document  National Identification Service Authentic Documen

# RÉPUBLIQUE FRANÇAISE

### TRIBUNAL DE PREMIERE INSTANCE
### Casier judiciaire
### 97600 MAYOTTE

### BULLETIN NUMERO 3

BULLETIN DÉLIVRÉ LE 12/06/2006

applicable à Mayotte

nom : **YOUSSOUF**

prénom : **Hassani**

né    le: **24/05/1972**

à : **MAMOUDZOU**          ( **MAYOTTE** )

nom et prénom père :

nom et prénom mère :

☒ identité vérifiée par le service
☐ identité non vérifiable par le
service (art.R.77 al.2 CPP)

Mme/M.le Procureur
Tribunal de Première Instance
de Mamoudzou

---

## NEANT

Le Procureur de la République,

Le Greffier en chef,

12, rue de l'Hôpital MAMOUDZOU - B.P 106 Kaweni - 97600 MAYOTTE
Tél : 02 69 61 11 15 - FAX : 02 69 61 19 63

2002E400001



U.S. Department of State

OMB APPROVAL NO. 1405-0015
EXPIRES: 07/31/2007
ESTIMATED BURDEN: 1 HOUR*
(See Page 2)

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

## PART I - BIOGRAPHIC DATA

**INSTRUCTIONS:** Complete one copy of this form for yourself and each member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are Not Applicable with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form.

**WARNING:** Any false statement or concealment of a material fact may result in your permanent exclusion from the United States.

This form (DS-230 PART I) is the first of two parts. This part, together with Form DS-230 PART II, constitutes the complete Application for Immigrant Visa and Alien Registration.

| 1. Family Name | First Name | Middle Name |
|---|---|---|
| KELI | Henri | N/A |

2. Other Names Used or Aliases *(If married woman, give maiden name)*

hassani youssouf johnny harisoane rakotoarivony

3. Full Name in Native Alphabet *(If Roman letters not used)*

Full Name in Native alphabet Henri KELI

| 4. Date of Birth *(mm-dd-yyyy)* | 5. Age | 6. Place of Birth *(City or town)* | | |
|---|---|---|---|---|
| 05-24-1972 | 34 | Mamoudzou | *(Province)* Mayotte | *(Country)* France |

| 7. Nationality *(If dual national, give both)* | 8. Gender | 9. Marital Status |
|---|---|---|
| French & British | [X] Male  ☐ Female | ☐ Single *(Never married)*  [X] Married  ☐ Widowed  ☐ Divorced  ☐ Separated |

Including my present marriage, I have been married ___two___ times.

10. Permanent address in the United States where you intend to live, if known *(street address including zip code)*. Include the name of a person who currently lives there.

N/A

Telephone number: N/A

11. Address in the United States where you want your Permanent Resident Card (Green Card) mailed, if different from address in item #10 *(include the name of a person who currently lives there)*.

N/A

Telephone number: N/A

12. Your Present Occupation

Backup Administrator (Data)

13. Present Address *(Street Address) (City or Town) (Province) (Country)*

31 Park Grange Mount,Sheffield S2-3SP,South Yorkshire,United Kingdom

Telephone number: Home +44 1143284674    Office +44 7713165831

| 14. Name of Spouse *(Maiden or family name)* | First Name | Middle Name |
|---|---|---|
| HAN | Xiaohui | |

Date *(mm-dd-yyyy)* and place of birth of spouse: 03-15-1972    Dandong (People republic of China)

Address of spouse *(If different from your own)*: 31 Park Grange Mount,Sheffield S2-3SP,South Yorkshire,United Kingdom

Spouse's occupation: Cleaner    Date of marriage *(mm-dd-yyyy)*: 03-04-2006

| 15. Father's Family Name | First Name | Middle Name |
|---|---|---|
| YOUSSOUF | Hassani | N/A |

| 16. Father's Date of Birth *(mm-dd-yyyy)* | Place of Birth | Current Address | If deceased, give year of death |
|---|---|---|---|
| CIRCA 1953 | Chirongui,Mayotte(FR) | Route du terrain de foot,97620 Chirongui (Fr) | N/A |

| 17. Mother's Family Name at Birth | First Name | Middle Name |
|---|---|---|
| OMAR | Thamarati | N/A |

| 18. Mother's Date of Birth *(mm-dd-yyyy)* | Place of Birth | Current Address | If deceased, give year of death |
|---|---|---|---|
| CIRCA 1954 | Chirongui,Mayotte(FR) | quartier catam,97620 Chirongui (Fr) | N/A |

DS-230 Part I
07-2004

THIS FORM MAY BE OBTAINED FREE AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA
PREVIOUS EDITIONS OBSOLETE

Page 1 of 4



**U.S. Department of State**

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

## PART II - SWORN STATEMENT

OMB APPROVAL NO. 1405-0015
EXPIRES: 07/31/2007
ESTIMATED BURDEN: 1 HOUR*

**INSTRUCTIONS:** Complete one copy of this form for yourself and each member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are Not Applicable with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form. The fee should be paid in United States dollars or local currency equivalent, or by bank draft.

**WARNING:** Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even if you are issued an immigrant visa and are subsequently admitted to the United States, providing false information on this form could be grounds for your prosecution and/or deportation.

This form (DS-230 PART II), together with Form DS-230 PART I, constitutes the complete Application for Immigrant Visa and Alien Registration.

| 26. Family Name | First Name | Middle Name |
|---|---|---|
| KELI | Henri | N/A |

**27. Other Names Used or Aliases** (If married woman, give maiden name)

Hassani Youssouf Harisoane Johnny  *RAKOTOARIVONY*

**28. Full Name in Native Alphabet** (If Roman letters not used)

Henri KELI

**29. Name and Address of Petitioner**

Henri KELI,31 Park Grange Mount,Sheffield S2-3SP,South Yorkshire,United Kingdom

Telephone number: +44 7713165831

**30.** United States laws governing the issuance of visas require each applicant to state whether or not he or she is a member of any class of individuals excluded from admission into the United States. The excludable classes are described below in general terms. You should read carefully the following list and answer YES or NO to each category. The answers you give will assist the consular officer to reach a decision on your eligibility to receive a visa.

**EXCEPT AS OTHERWISE PROVIDED BY LAW, ALIENS WITHIN THE FOLLOWING CLASSIFICATIONS ARE INELIGIBLE TO RECEIVE A VISA. DO ANY OF THE FOLLOWING CLASSES APPLY TO YOU?**

a. An alien who has a communicable disease of public health significance; who has failed to present documentation of having received vaccinations in accordance with U.S. law; who has or has had a physical or mental disorder that poses or is likely to pose a threat to the safety or welfare of the alien or others; or who is a drug abuser or addict. ☐ Yes ☒ No

b. An alien convicted of, or who admits having committed, a crime involving moral turpitude or violation of any law relating to a controlled substance or who is the spouse, son or daughter of such a trafficker who knowingly has benefitted from the trafficking activities in the past five years; who has been convicted of 2 or more offenses for which the aggregate sentences were 5 years or more; who is coming to the United States to engage in prostitution or commercialized vice or who has engaged in prostitution or procuring within the past 10 years; who is or has been an illicit trafficker in any controlled substance; who has committed a serious criminal offense in the United States and who has asserted immunity from prosecution; who, while serving as a foreign government official or particularly severe violations of religious freedom; or whom the President has responsible for or directly carried out particularly severe violations of religious freedom; or whom the President has identified as a person who plays a significant role in a severe form of trafficking in persons, who otherwise has knowingly aided, abetted, assisted or colluded with such a trafficker in severe forms of trafficking in persons, or who is the spouse, son or daughter of such a trafficker who knowingly has benefitted from the trafficking activities within the past five years. ☐ Yes ☒ No

c. An alien who seeks to enter the United States to engage in espionage, sabotage, export control violations, terrorist activities, the overthrow of the Government of the United States or other unlawful activity; who is a member of or affiliated with the Communist or other totalitarian party; who participated in Nazi persecutions or genocide; who has been engaged in genocide; or who is a member or representative of a terrorist organization as currently designated by the U.S. Secretary of State. ☐ Yes ☒ No

d. An alien who is likely to become a public charge.

e. An alien who seeks to enter for the purpose of performing skilled or unskilled labor who has not been certified by the Secretary of Labor; who is a graduate of a foreign medical school seeking to perform medical services who has not passed the NBME exam or its equivalent; or who is a health care worker seeking to perform such work without a certificate from the CGFNS or from an equivalent approved independent credentialing organization. ☐ Yes ☒ No
☐ Yes ☒ No

f. An alien who failed to attend a hearing on deportation or inadmissibility within the last 5 years; who seeks or has sought a visa, entry into the United States, or any immigration benefit by fraud or misrepresentation; who knowingly assisted any other alien to enter or try to enter the United States in violation of law; who, after November 30, 1996, attended a U.S. public elementary school or who attended a U.S. public secondary school without reimbursing the school; or who is subject to a civil penalty under INA 274C. ☐ Yes ☒ No

**Privacy Act and Paperwork Reduction Act Statements**

The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. The U.S. Department of State uses the facts you provide on this form primarily to determine your classification and eligibility for a U.S. immigrant visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. immigrant visa. If you are issued an immigrant visa and are subsequently admitted to the United States as an immigrant, the Department of Homeland Security will use the information on this form to issue you a Permanent Resident Card, and, if you so indicate, the Social Security Administration will use the information to issue you a social security number and card.

*Public reporting burden for this collection of information is estimated to average 1 hour per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. In accordance with 5 CFR 1320 5(b), persons are not required to respond to the collection of this information unless this form displays a currently valid OMB control number. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/RPS/DIR) Washington, DC 20520.

DS-230 Part II



U.S. Department of State

# SUPPLEMENTAL REGISTRATION FOR
# THE DIVERSITY IMMIGRANT VISA PROGRAM

OMB APPROVAL NO. 1405-0098
EXPIRATION DATE: 12/31/2006
ESTIMATED BURDEN: 30 MINUTES
*See Page 2

## INSTRUCTIONS

The following is a supplemental registration form for the Diversity Immigrant Visa Program under Section 203(c) of the Immigration and Nationality Act.

Clearly print or type all answers in the English language. Answer all questions.

Using the enclosed self-adhesive return address label, immediately send this form along with Form DS-230 to: Diversity Immigrant Visa Program, Kentucky Consular Center, 3505 N. Highway 25W, Williamsburg, KY 40769. Failure to follow Instructions will disqualify your application.

You will be notified by mail of your appointment date, therefore the answer to question No. 3 must be accurate.

**1. NAME** *(Last, First, MI)*

KELI HENRI

**2. RANK ORDER NUMBER** *(Case number on envelope)*

2007EU00008331

**3. CURRENT MAILING ADDRESS** *(Address at which you receive your mail. Give any change of mailing address here.)*

31 PARK GRANGE MOUNT, SOUTH YORKSHIRE, SHEFFIELD S2-3SP, UNITED KINGDOM

FORMERLY LIVING IN 16 BUSBY HOUSE, ALDRINGTON ROAD, LONDON SW16 1TZ, UNITED KINGDOM

Telephone Number    +44 7713165831

**4. NAME OF UNITED STATES CONSULAR OFFICE WHERE YOU WOULD LIKE TO PROCESS YOUR APPLICATION**
This will usually be the consular office nearest the place you live. However, please note that some U. S. Embassies and Consulates do not process immigrant visas. If you are not sure whether the U.S. Embassy or Consulate nearest you processes immigrant visas, or if you do not know which is the U.S. Embassy or Consulate nearest you, please list the city and country where you live. If you live in the United States and plan to adjust status with the Bureau of Citizenship and Immigration Services in the U.S., please list "BCIS"; if you live in the United States but you intend to return abroad to be interviewed, please list the U.S. Embassy or Consulate that processes immigrant visas for the area where you lived before you came to the United States.

LONDON CONSULAR OF THE UNITED STATES OF AMERICA

**5. THE COUNTRY YOU LISTED AS YOUR NATIVE COUNTRY ON YOUR DIVERSITY VISA PROGRAM APPLICATION**
In most cases, this will be the country where you were born. You may also claim the country of birth of either of your parents, if neither of your parents lived in, or was born in, the country where you were born. In addition, you may claim the country of birth of your husband or wife.

MAMOUDZOU, MAYOTTE (FRENCH SOUTHERN AND ANTARCTIC TERRITORIES)

**6. EDUCATION**

**a.** Check the highest level of education completed.

☐ High School, No Degree          ☐ High School Diploma          ☐ Vocational School

☑ College, No Degree              ☐ University Degree            ☐ Advanced Degree

☐ Other _____

**b.** Names and addresses of all schools, colleges, and universities attended *(include trade and vocational schools):*

| NAME OF EDUCATIONAL INSTITUTION | FROM (mm-yyyy) | TO (mm-yyyy) | DEGREE(S) OR CERTIFICATE(S) RECEIVED |
|---|---|---|---|
| GUILDHALL UNIVERSITY, LONDON, UK | 09-1997 | 01-2001 | CERTIFICATE OF HIGH EDUCATION |
| UVSQ, ST QUENTIN EN YVELINES, FR | 09-1993 | 09-1995 | NONE |
| HIGH SCHOOL DESCARTES, MONTIGNY, FR | 10-1991 | 09-1993 | BACCALAUREAT DEGREE |
| HIGH SCHOOL , BRIGNOLES, FR | 09-1991 | 10-1991 | N/A |
| JUNIOR HIGH SCHOOL, LE LUC , FR | 09-1990 | 09-1991 | BECPC DIPLOMA |
| JUNIOR HIGH SCHOOL, TOULON, FR | 09-1987 | 09-1990 | N/A |

DSP-122
12-2003

April 18, 2006

HASSANI YOUSSOUF
16 BUSBY HOUSE
ALDRINGTON ROAD
LONDON WANSWORTH SW16 1TZ
GREAT BRITAIN AND NORTHERN IRELAND

Dear HASSANI YOUSSOUF:

Congratulations!  You are among those randomly selected and registered for further consideration in the DV-2007 diversity immigrant program for fiscal year 2007 **(October, 1, 2006 to  September 30, 2007)**.  Selection does not guarantee that you will receive a visa because the number of applicants selected is greater than the number of visas available.  Please retain this letter and take it with you to your visa interview.

Approximately  100,000 individuals were registered for further processing.  However there are only between 50,000 **&. 55,000** diversity visas available under the  **FISCAL YEAR 2007 DIVERSITY VISA PROGRAM.**  Therefore, it is most important that you carefully follow these instructions to increase your chances of possible visa issuance.

Please read and follow all the enclosed instructions very carefully.  **ALL FORMS AND CORRESPONDENCE** must be sent to the Kentucky Consular Center at the above address.  Please notify the Kentucky Consular Center of any change in address, addition or deletion of any family members, and any other information which you believe may effect your application.

**PLEASE COMPLETE AND RETURN FORMS 230 PART I, 230 PART II, AND DSP-122 FOR YOURSELF AND FORMS 230 PART I AND 230 PART II FOR ALL ACCOMPANYING FAMILY MEMBERS TO THE KENTUCKY CONSULAR CENTER. WRITE THE CASE NUMBER IN THE UPPER RIGHT HAND CORNER OF EACH FORM. PLEASE MAKE SURE ALL BLOCKS ARE COMPLETED.**

Please be advised that even though you send all of the above listed documents to the KCC, your case may not be scheduled for an interview appointment until a visa number is available.  You will only be contacted by the KCC when a visa appointment is scheduled.  Please do not call us to check when your case will be scheduled.

If it should be necessary to contact the Kentucky Consular Center by telephone **YOU MUST ALWAYS  REFER TO YOUR NAME AND CASE NUMBER EXACTLY AS THEY APPEAR BELOW.**  Your case number should be clearly written in the upper right hand corner of ALL documents and correspondence sent to the Kentucky Consular Center.

Case Number:
PA Name:
Preference Category:
Foreign State Chargeability:
Post:

2007EU00008331
YOUSSOUF, HASSANI
DV DIVERSITY
FRENCH SOUTHERN & ANTARCTIC TERRITORIES
ANTANANARIVO

The Kentucky Consular Center telephone number is 606-526-7500
or send E-mail inquiry to KCCDV@state.gov

Kentucky Consular Center
3505 North Highway 25 W
Williamsburg KY 40769
U.S.A.

November 16, 2006

||||| ||| ||| ||| | ||| ||| ||| ||| ||| ||| |||

HASSANI YOUSSOUF
31 PARK GRANGE MOUNT
SHEFFIELD S2 3SP
GREAT BRITAIN AND NORTHERN IRELAND

Dear HASSANI YOUSSOUF:

The enclosed information pertains to your application for an immigrant visa to the United States under the DV2007 program.

Your case has been sent to the American Embassy/Consulate at LONDON for immigration visa processing. Entitlement to processing at that office is governed by residence or former residence in that district. The Embassy/Consulate will inform you if your case cannot be accepted for processing, and provide instruction as the appropriate office which should process your application.

An appointment has been scheduled for you to come to that office on January 10, 2007 08:00 AM. All memb immigrating with you must appear with you on the appointment date, January 10, 2007 at 08:00 AM. Please r at once if you cannot keep the appointment. The address of that office is given below.

Please read and follow all the enclosed instructions very carefully. When communicating with the Embassy/Consulate either by telephone or letter, you must always refer to your name and case number exactly they appear below.

The total fee for a Diversity Immigrant Visa per person is $755.00 in U.S. dollars. The applicant fee (per per: is $335.00, the security surcharge (per person) is $45.00, and the Diversity Visa Lottery surcharge (per perso: $375.00.

Upon arrival at the Embassy/Consulate on your appointment day, please present this letter to the receptionist.

The Kentucky Consular Center has completed its process of your case and any further inquiries should be addressed to:

EMBASSY OF THE UNITED STATES
VISA UNIT
5 UPPER GROSVENOR ST
LONDON
GREAT BRITAIN AND NORTHERN IRELAND
09042-450-100

Case Number:                  2007EU00008331
PA Name:                      YOUSSOUF, HASSANI
Preference Category:          DV DIVERSITY
Foreign State Chargeability:  FSAT

EXHIBIT #2

From: henri keli <henri.keli@sun.com>
Subject: **CIU262 to the attention of the immigration visa section**
Date: 7 September 2007 15:18:00 GMT+02:00
To: Consular London <LondonConsular@state.gov>

Mr Henri Keli
31 park grange mount
Sheffield S2 3SP
DOB 05/24/1972
DV : 2007EU00008331
Consular reference number : LND8331
henri.keli@sun.com
h_keli24@hotmail.com
UK:+44 7713165831
NL:+31 625314936

Dear Sirs/Madam,

It has been now nearly one month since the follow up interview on 08/10/2007 and we are near the end of the fiscal year for allocation of Diversity Visa 2007 (30th September) .

I would appreciate if you could provide the following information :
* What sort of clearance is required from the Department of state ? Is it a security name checks (also called background checks ) clearance or is it an administrative review ?
* Please forward me the passport number currently held within the Embassy , I need the passport number to track the progress of these checks via the phone directly with the U.S. Department of State.

May I clarify the above request :I need the passport number not the passport itself since it will further delay the adjudication of the Diversity Visa application lodged since 01/10/2007.

I have to admit I am quiet surprised these checks are done at such a late stage in the processing of the application of a Diversity Visa for which the main applicant is fully entitled to ,based on the evidences provided and interviews conducted .

You can rest assure you have my entire support in this process which will guarantee the safety and security of of U.S. citizens/ Legal permanent resident and visitors .

Please do not hesitate to contact me if you require further information.

Kind Regards,

On 30 Aug 2007, at 13:00, London, Consular wrote:

Dear Mr. Keli,

We are currently waiting for clearance from the Department of State which is required before the Embassy is able to proceed with your application.

We regret we are unable to advise how long this will take to complete, however, we can assure you that as soon as further information becomes available you will be contacted directly.

Thank you for your e-mail correspondence.

07 1697
FILED

SEP 2 0 2007

Consular Information Unit
U.S. Embassy, London
CONS/CIU/MLPM

This informal method of responding enables us to respond to you within a shorter time. No record is being made of this correspondence. If you need to e-mail us again, please return this e-mail.

---

**From:** Henri.Keli@Sun.COM [mailto:Henri.Keli@Sun.COM]
**Sent:** Tuesday, August 21, 2007 9:50 AM
**To:** London, Consular
**Subject:** CIU845

Mr Henri Keli

31 Park grange mount

Sheffield S2 3SP

+44 771 3165831

+44 2070960626

DOB: 24/05/1972

Diversity Visa Number: 2007EU00008331

Consular reference Number: LND8331

Dear Sirs/Madam,

I attended a follow up interview on 08/10/2007 with great joy I have been told the visa was granted as a sole applicant.

I do appreciate this month and next month is extremely busy for your service with visa application to visit the US for holiday/work/family visit , I would like to ask a quick favour which I hope will not take too much of your resources .

It would greatly help me ,if you could provide me with an approximate date for the issue of the visa/documents because I will be driving all the way from Holland (17 hours back and forth) and take time off from work to make sure I do not miss the delivery. Unfortunately SMS do not hold this sort of information that 's why I took the initiative to contact you.

Please do not hesitate to contact me,


Best Regards,


On 9 Aug 2007, at 11:16, London, Consular wrote:


Dear Mr. Keli,


Your appointment has been confirmed.

Thank you for your e-mail correspondence.

Consular Information Unit
U.S. Embassy, London
CONS/CIU/MLPM

This informal method of responding enables us to respond to you within a shorter time. No record is being made of this correspondence. If you need to e-mail us again, please return this e-mail.

---

**From:** Henri.Keli@Sun.COM [mailto:Henri.Keli@Sun.COM]
**Sent:** Thursday, August 09, 2007 10:29 AM
**To:** London, Consular
**Subject:** CIU845


Mr Henri Keli

31 Park Grange mount

Sheffield S2 3SP

+44 7713165831

Dear Sirs/Madam,

Thank you for your email and indeed I will be able to attend the interview on the 10/08/2007 at 09:00 am .

I tried to directly reply to the email to confirm I will be able to attend the interview but I received a reply stating the email was not read and has been deleted.

Please do not hesitate to contact me.

Best Regards,

On 8 Aug 2007, at 09:19, London, Consular wrote:

Dear Mr. Keli,

Thank you for your e-mail correspondence.   The Immigrant Visa Unit has requested your attendance for a follow up interview this Friday, August 10th at 9:00am.  You will have the opportunity to discuss you case further at that time.  You will need to bring a form of picture ID with you in order to access the Embassy.  Please respond to this e-mail and advise if you will be able to attend.

Sincerely,

Consular Information Unit
U.S. Embassy, London
CONS/CIU/MLPM

This informal method of responding enables us to respond to you within a shorter time. No record is being made of this correspondence. If you need to e-mail us again, please return this e-mail.

henri keli

henri keli
henri.keli@sun.com
h_keli24@hotmail.com
UK:+44 7713165831
NL:+31 625314936

07-1697
RBW

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Henri keli

99999

99999

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

AMERSFOOT 3811 HS
NETHERLANDS

## DEFENDANTS

CONDOLEEZA RICE ,as Secretary of State

MAURA HARTY , as Assistant Secretary, Bureau of consular Affairs

STEPHEN A. "TONY" EDSON , as Deputy Assistant Secretary of State for Visa Services

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT          11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

Case: 1:07-cv-01697
Assigned To : Walton, Reggie B.
Assign. Date : 9/20/2007
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

⊙ 2 U.S. Government Defendant

○ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⊙ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ⊙ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. *General Civil (Other)* | OR | ⊙ F. *Pro Se General Civil* |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
⊗ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑤

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Administrative Procedures Act 5 U.S.C 701 et seq  defendants unlawfully withholding action and have failed to carry out the adjudicative functions

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  JURY DEMAND: Check YES only if demanded in complaint  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY** O.F.  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 14th September 2007 20  SIGNATURE OF ATTORNEY OF RECORD  Not Signed

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.