Mr Henri Keli
246-a Stadsring
Amersfoort 3811 HS
Netherlands
+44 7713165831
h_keli24@hotmail.com


Certificate of Service                                      Civil Action: 07-1697 (RBW)


Dear Sirs/Madam,


I hereby certify that on 10/02/2007, a copy of my civil action Num 07-1697(RBW) was mailed using registered delivery to all the defendants at the following addresses:

CONDOLEEZA RICE ,as Secretary of State U.S. Department of state ,2201 C Street NW , Washington DC 20520

MAURA HARTY , as Assistant Secretary, Bureau of consular Affairs U.S. Department of state ,2201 C Street NW , Washington DC 20520

STEPHEN A. "TONY" EDSON , as Deputy Assistant Secretary of State for Visa Services U.S. Department of state ,2201 C Street NW , Washington DC 20520

The U.S. Attorney General , 950 Pennsylvania Avenue, NW, Washington, DC 20001

The U.S. Attorney for the district of Columbia , 501 Third Street , NW, Washington, DC 20001

I also include proof of service with this declaration.


Sincerely Yours,

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/02/07 |
| NAME OF SERVER (PRINT) HENRI KELI | TITLE PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served using Fedex signed upon delivery (please Refer to the attach proof of service). The delivery is recorded/registered

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 356.60 $ | TOTAL 356.60 $ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/02/07
             Date

Signature of Server

Address of Server: 246-A Stadsring, 3811 HS Amersfoort, Netherlands

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



October 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858406535884**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 3370 V ST WASHINGTON, DC 20530 |
| **Signed for by:** | A.FRAZIER | **Delivery date:** | Oct 2, 2007 10:18 |
| **Service type:** | Priority Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 858406535884 | **Ship date:** | Oct 1, 2007 |
| | | **Weight:** | 0.5 kgs. |

**Recipient:**
US ATTORNTY GENERAL
DEPARTMENT FO SUSTICE
950 DENNSYLUANIA AVENUE
NW
WASHINGTON, DC 20530 US

**Shipper:**
H WELI
S W MICROSYST BV
SATURNUST
QYM NL

Thank you for choosing FedEx Express.

For FedEx contact information, please visit us online at fedex.com

OCT 4 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia
Receiver Mail Room



October 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858406535873**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 2201 C ST NW RM WASHINGTON, DC 20520 |
| Signed for by: | H.HARRISON | Delivery date: | Oct 2, 2007 09:45 |
| Service type: | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 858406535873 | Ship date: | Oct 1, 2007 |
| | | Weight: | 0.5 kgs. |

Recipient:
CONDOLEEZA RICE
US DEPARTMENT OF STATE
US SELRETARY OF STATE
2201 C STREET NW
WASHINGTON, DC 20520 US

Shipper:
H LOLI
SUN RECROSYST B.V
SATURNUS 1
QYM NL

Thank you for choosing FedEx Express.

For FedEx contact information, please visit us online at fedex.com



October 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858406535895**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 501 3RD STR 4500 WASHINGTON, DC 20001 |
| Signed for by: | C.BAUM | Delivery date: | Oct 2, 2007 09:34 |
| Service type: | Priority Envelope | | |

*[signature: C. Baum over FedEx watermark]*

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 858406535895 | Ship date: | Oct 1, 2007 |
| | | Weight: | 0.5 kgs. |

**Recipient:**
US ATTORNEV
501 3RD ST NW
WASHINGTON, DC 20001 US

**Shipper:**
.H KOLI
SUN MICRO SPT MD BV
SATYRUNS 1
AMERSFOORT 3824 NL

Thank you for choosing FedEx Express.

For FedEx contact information, please visit us online at fedex.com



October 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858406535900**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 2201 C ST NW RM WASHINGTON, DC 20520 |
| Signed for by: | H.HARRISON | Delivery date: | Oct 2, 2007 09:45 |
| Service type: | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 858406535900 | Ship date: | Oct 1, 2007 |
| | | Weight: | 0.5 kgs. |

Recipient:
MAURA HARTY
ASSISTANT SECRET DEPARTMENT OF STA
BUREAU OF CONSULAR AFFAIRS
2001 C STREET NW
WASHINGTON, DC 20520 US

Shipper:
H KELI
SUN MICROSYST
SATURNAS 1
AMSTERDAM 2824 NL

Thank you for choosing FedEx Express.

For FedEx contact information, please visit us online at fedex.com

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia
OCT - 4 2007

<tr>
<td>
<tr>
<td>
</td>
</tr>
</td>
</tr>



October 3, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **858406535862**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WASHIGTON, DC |
| Signed for by: | H.HARRISON | Delivery date: | Oct 2, 2007 09:45 |
| Service type: | Priority Envelope | | |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 858406535862 | Ship date: | Oct 1, 2007 |
| | | Weight: | 0.5 kgs. |

| Recipient: | Shipper: |
|---|---|
| WASHIGTON, DC US | AMEPSFOORT NL |

Thank you for choosing FedEx Express.

For FedEx contact information, please visit us online at fedex.com

# FedEx Express — International Air Waybill

**1 From**

- Date: 6/9/07
- Sender's Name: HENRI KELI
- Sender's FedEx Account Number: 295309893
- Phone: +44 771316 5831
- Company: [illegible]
- Address: Slotgraafland SW
- City: Amersfoort
- Country: Netherlands
- Postal Code: 3824 HZ

**2 To**

- Recipient's Name: U.S. District Courts
- Phone: +1 2023540440
- Company: Clerk, District Court of Columbia
- Address: 333 Const[itution Ave] NW Room [illegible]
- City: Washington DC
- Country: USA
- Postal Code: 20001

Received OCT 2 2007 — Nancy Mayer Whittington, Clerk, US District Court, District of Columbia — Mail Room

**3 Shipment Information**

- Total Packages: 1
- Commodity Description: Business documents
- Value for Customs: $1

**4** Express Package Service: FedEx Intl. Priority

**5** Packaging: FedEx Envelope

**6** Special Handling

**7a** Payment — Bill transportation charges to: Sender, Acct No. 295309893

**FedEx Tracking Number:** 8584 0603 7942 0408

Origin Station ID: QYMA  Destination Station ID: IGA  IAD  EM  IGA

Form ID No. 492

Origin Copy. PART 158292 Rev. Date 1/04. ©1994–2004 FedEx. PRINTED IN U.S.A.