UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRI KELI, )<br>246-A Stadsring )<br>Amersfoort 3811 HS )<br>Netherlands )<br>+44 7713165831 )<br>       )<br>              **Plaintiff,**  )<br>        v.                          )<br>                                    )      Civil Action No. 07-1697 (RBW)<br>                                    )      (ECF)<br>**CONDOLEEZA RICE,** as Secretary of State )<br>U.S. Department of State )<br>2201 C Street, NW )<br>Washington, D.C. 20520 )<br>                                    )<br>**MAURA HARTY,** as Assistant Secretary )<br>Bureau of Consular Affairs )<br>U.S. Department of State )<br>2201 C Street, NW )<br>Washington, D.C.  20520 )<br>                                    )<br>**STEPHEN A. "TONY" EDSON,** )<br>as Deputy Assistant Secretary of State for )<br>Visa Services )<br>U.S. Department of State )<br>2201 C Street, NW )<br>Washington, D.C.  20520 )<br>              **Defendants.**  )<br>                                    ) | |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

        Respectfully submitted,

        /s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of November, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Henri Keli,** via U.S. postage prepaid mail addressed as follows:

Henri Keli
246-A Stadsring
Amersfoort 3811-HS
Netherlands

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851