UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRI KELI | Case: 1:07-cv-01697 |
| 246-A Stadsring | Assigned To: Walton, Reggied B. |
| Amersfoort 3811HS | Assign. Date: 09/20/2007 |
| Netherlands | Description: Pro Se General Civil |
| +44 7713165831 | |

Plaintiff

**RECEIVED**
NOV 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

CONDOLEEZA RICE, as Secretary of State

U.S. Department of state, 2201 C street NW, Washington DC20520

MAURA HARTY, as Assistant Secretary, Bureau of consular Affairs

U.S. Department of state, 2201 C street NW, Washington DC20520

STEPHEN A. "TONY" EDSON, as Deputy Assistant Secretary of State for Visa Services

U.S. Department of state, 2201 C street NW, Washington DC20520

Defendants,

NOTICE OF CHANGE OF ADDRESS

The plaintiff Henri KELI pursuant of a civil case ,mandamus action to compel the U.S. Department of State to take action has changed his home and corresponding address from

246-A Stadsring

3811 HS Amersfoort

Netherlands

To

31 Park Grange Mount

Norfolk Park

South Yorkshire

Sheffield S2 3SP

United Kingdom

Respectfully Submitted

Henri Keli

+44 7713165831

31 Park Grange Mount

Norfolk Park

South Yorkshire

Sheffield S2 3SP

United Kingdom

h_keli24@hotmail.com