UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

HENRI KELI
246-A Stadsring
Amersfoort 3811HS
Netherlands
+44 7713165831

Plaintiff

V.

Case: 1:07-cv-01697
Assigned To: Walton, Reggied B.
Assign. Date: 09/20/2007
Description: Pro Se General Civil

RECEIVED
DEC 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONDOLEEZA RICE, as Secretary of State
U.S. Department of state, 2201 C street NW, Washington DC20520

MAURA HARTY, as Assistant Secretary, Bureau of consular Affairs
U.S. Department of state, 2201 C street NW, Washington DC20520

STEPHEN A. "TONY" EDSON, as Deputy Assistant Secretary of State for Visa Services
U.S. Department of state, 2201 C street NW, Washington DC20520

Defendants,

NOTICE OF CHANGE OF ADDRESS

The plaintiff Henri KELI pursuant of a civil case mandamus action to compel the U.S. Department of State to take action has changed his home and corresponding address from

246-A Stadsring

3811 HS Amersfoort

Netherlands

To

31 Park Grange Mount

Norfolk Park

South Yorkshire

Sheffield S2 3SP

United Kingdom

Respectfully Submitted

Henri Keli

+44 7713165831

31 Park Grange Mount

Norfolk Park

South Yorkshire

Sheffield S2 3SP

United Kingdom

h_keli24@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 06th December, 2007, I caused the foregoing Notice of change of address to be served on defendants CONDOLEEZA RICE, MAURA HARTY, STEPHEN A. "TONY" EDSON and their Attorneys, via Royal Mail recorded service addressed as follows:

CONDOLEEZA RICE, as Secretary of State

U.S. Department of state, 2201 C street NW, Washington DC20520

MAURA HARTY, as Assistant Secretary, Bureau of consular Affairs

U.S. Department of state, 2201 C street NW, Washington DC20520

STEPHEN A. "TONY" EDSON, as Deputy Assistant Secretary of State for Visa Services

U.S. Department of state, 2201 C street NW, Washington DC20520

The U.S. Attorney General,

950 Pennsylvania Avenue, NW,

Washington, DC 20530.

The U.S. Attorney for the District of Columbia,

501 Third Street, NW, Washington, DC 20001.

Mercedeh Momeni

Assistant United States Attorney

555 4th Street, NW, Washington, DC 20530