UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRI KELI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1697 (RBW) |
| ) | ECF |
| CONDOLEEZZA RICE, ) | |
| Secretary of State, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants Condoleezza Rice, Maura Harty and Stephen A. Edson, in their official capacities as the Secretary of State, Assistant Secretary for Counselor Affairs, and Deputy Assistant Secretary for Visa Services, respectively ("Defendants"), through and by undersigned counsel, respectfully move for a two-week extension of time, within which to file their reply to Plaintiff's opposition (*see* USDC Pacer Doc. No. 7) to Defendant's Motion to Dismiss, through and including January 25, 2005.  Good cause exists to grant this motion.

1. Defendants' reply to Plaintiff's opposition to Defendants' Motion to Dismiss is due on January 11, 2008.

2. Defendants require additional time to file their reply.

3. The extension is necessary because of undersigned counsel's schedule, which has included dispositve motion practice in a multi-agency FOIA/Privacy Act matter, settlement talks in two separate employment discrimination matters, discovery-related negotiations in an Administrative Procedures Act/Constitutional depravation case, and an upcoming deposition in an employment discrimination matter, with facts dating from 1995 through 2003.

1

4. Although the reply is drafted in part, and was expected to be completed by the deadline, undersigned counsel became aware only last evening that further consultations would be necessary with the agency.

5. Defendants therefore requests an extension of two weeks to complete the preparation of their reply, through and including January 25, 2008.

6. This is the first extension that Defendants have sought in this matter.

7. Undersigned counsel contacted *pro se* Plaintiff via telephone for his consent, pursuant to Local Rule 7(m). Plaintiff indicated that he would not consent to the relief sought herein.

WHEREFORE, Defendants respectfully request that this motion for enlargement be granted, and that Defendants' reply be due on January 25, 2008. A minute order is requested.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530
202-305-4851

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2008, I caused the foregoing *Motion for Extension of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

**HENRI KELI**
**31 Park Grange Mount**
**Norfolk Yorkshire**
**Sheffield  S2  3SP**
**United Kingdom**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　MERCEDEH MOMENI
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　(202) 305-4851
　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)