UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

HENRI KELI

31 Park Grange Mount

South Yorkshire

Sheffield S2-3SP

United Kingdom

+44 7713165831

Plaintiff

V.

CONDOLEEZA RICE, as Secretary of State

U.S. Department of state, 2201 C street NW, Washington DC20520

MAURA HARTY, as Assistant Secretary, Bureau of consular Affairs

U.S. Department of state, 2201 C street NW, Washington DC20520

STEPHEN A. "TONY" EDSON, as Deputy Assistant Secretary of State for Visa Services

U.S. Department of state, 2201 C street NW, Washington DC20520

Defendants,

Civil Action No: 1:07-1697 (RBW)

Assigned To: Walton, Reggie B.

Assigned. Date: 09/20/2007

Description: Pro Se General Civil

**PLAINTIFF' RESPONSE IN OPPOSITION TO**

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF' COMPLAINT**

## INTRODUCTION

The court is presented with an example of complete failure to take responsibility from the department of State.

The failure of the department of state to take seriously and fully this case is best illustrated by a comment made by a Judge presiding in a Diversity Visa case:

"it is that a beneficent, socially progressive act of Congress, designed to improve the richness and strength of our polity (and increase our outreach and standing among the nations of the world), is here again implemented in such a fashion as to make the United States appear unfeeling, arbitrary, and capricious, and to render an act of Congress an object of derision.

How can this be? Perhaps the Congress has not adequately funded the State Department to enable it to carry out the Congressional will. Perhaps that Department has not effectively deployed its resources in the Third World.

Perhaps the executive has priorities other than full implementation of this law. Perhaps the fault is bureaucratic indifference or mismanagement"

## PRELIMINARY STATEMENT

Plaintiffs submit this memorandum of law in response to government's responses.

This last ditch effort by the Government cannot be condoned; surely it does not support the letter of the law, their own regulations/procedures (Exhibit C Plaintiff response papers in opposition to Defendants motion to dismiss) and must be denied.

Moreover, the evidence not submitted by the Government, at this juncture, doesn't end this matter; it only complicates it, and again raises serious questions regarding the administration of the diversity visa program by the Department of State ("DOS").

In fact, the lack of evidence presented by the defendants supports Plaintiff' position that the DOS failed to administer the DV visa in a rational and proper manner.

How else could the DOS have used 50,812 visas in 2003 when only 50,000 were available. Only one such conclusion can be drawn and that is that the DOS does in fact allocate unused diversity visas from previous years, beyond the statutory period and **Numbers** for which they were authorized, and so admits in their statistical report.

**At the very least, the lack of evidence from the Department of State should force this matter to proceed to full and complete discovery regarding the allocation of diversity visas and if procedures were followed to expedite the necessary clearance in a timely manner by the DOS as required for application with time limit (such as diversity visa)**

**POINT I How many diversity visa were allocated during the fiscal year 2007**

Why this point is important? An under allocation would demonstrate an unlawful withholding of visa

Statistical reports in fact would highlight the sheer ineptitude of the DOS to properly administer the diversity visa program and magnifies the Court's finding that there is serious doubt as to the number of visas that were used.

As we argued in our opposition papers, past years demonstrated the mismanagement of the diversity visa program; it is best exemplified by the numbers of visas that remain unused. That argument still exists until proven to the contrary.

Had the program been administered properly, no extra visa would have been issued or there would not be any unused visa left, instead year after year the Department of State does not comply with congress mandate: Allocating 50,000 Visa to eligible and admissible aliens in the promotion of ethnical and cultural diverse society. Instead aliens are thrown into a bureaucratic mechanism which if left unsupervised by the legislative would certainly result in the principle of justice and equity for which the founding fathers of the United States fought for.

This fact in itself leaves one of the most important questions left unanswered by the Government's submission, how many DV visa were allocated during the fiscal year 2007? The DOS should be ordered to answer these crucial questions before any fair decision can be made on this case.

4

Does the DOS allocate unused diversity visas from previous years, beyond the statutory period for which they were authorized?

Additionally, on page 70 of the Report of the Visa Office the DOS notes: "Numbers assigned to visas that are not used are recaptured in accordance with Section 206 of the Immigration and Nationality Act and can be used again for the issuance of other visas." Thus, the Government cannot possibly sustain their position that visas are not reissued after the fiscal year in which they were intended.

Also, in support of this position, the Court is referred to page 71 of the Report of the Visa Office note 7 which states: "Colombia did not qualify for the FY-1996 through FY-2003 Diversity Visa Programs. Diversity Visa numbers were allocated during FY-1997 pursuant to Section 637 of the Illegal Immigration Reform and Immigrant Responsibility Act (Pub. L. 104-208) for 2 applicants chargeable to Columbia to permit adjustment of status applications initially filed during FY-1995 to be completed." This statement further supports our position that the DOS has the ability to use diversity visa numbers for years in which they were not intended, and even after the fiscal year for which they were intended.

**What is abundantly clear is that the administration of the diversity visa program and the allocation of diversity visas is inconsistent, unreliable, and deprives deserving applicants of the only opportunity they have to become lawful permanent residents of the United States.** The stakes are simply too high to deny these applicants their right to due process and their right to have their applications processed in a timely and fair manner.

Plaintiff would like to remind The Court of the fact that it has the power to compel the Defendants to perform the duty they owe to the Plaintiff. Plaintiff has complied with each and every requirement for the diversity visa, and is eligible for permanent residency. **The Plaintiff should not be penalized and lose their ability to immigrate to the United States, simply because the Defendants cannot figure out how to adjudicate the diversity visa program in a timely and proper manner, and must be held accountable.** The very fact that the DOS issued 812 more visas for 2003 than it had, are the very best evidence that they can issue one more.

Plaintiff also reference Section 637 of Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as evidence of the fact that visas can be issued after the fiscal year that an application has been made.  However, this can only occur, as with section 637, if affected by statute. Similarly, a diversity visa which is recaptured under 8 U.S.C.  1156, see pl. mem . at 7, may only be used for that fiscal year and only if the 50,000 numbers has not been reached. See 22 C.F.R 42.51 © ; 8 U.S.C. 1154 (a) (1) (I) (ii) (II) and 1153 (c)

## POINT 2 Plaintiff is eligible and admissible to immigrate to the USA under the Diversity Visa Program

All the statutory requirements were fulfilled by plaintiff except for the security clearance which was the only step completely out of plaintiff 's control .The only organisation taking full control of this process is the DOS and no one else.

Security clearance is only and solely within the responsibility of the department of State. Plaintiff presents to the court the following evidences to demonstrate his eligibility and admissibility.

- Health check completed on January 10th 2007 (Exhibit A)
- Police records (exhibit B)
- Educational background (Exhibit C)
- Interviews (Exhibit E)
- Properly filled out application forms (Exhibit F)
- Digital finger prints and pictures taken on January 10th 2007
- Public charge (Plaintiff provided two land registry for two properties owned)

## POINT 3 Did the department of state follow their own procedure to request and expedites Name checks ?

Unfortunately at this point of time various request for FOIA submitted to the Department of State have yet to be replied and the defendant is unwilling to show evidence that proper procedures were followed to obtain the security clearance and expedite the security clearance.

The lack of evidence just make the point of violation of their own procedure stronger , especially after plaintiff received from the FBI a proof there are no criminal record (plaintiff memorandum of law in opposition - exhibit B) obtained within 15 Days

## POINT 4 Was the plaintiff misled by a consular chief officer of the department of state ?

On the day of the follow up interview (10th August 2007) , the chief officer of the US embassy of London made the following statement to the plaintiff " the visa is granted , pay the fee for the delivery fee and wait for your visa ", plaintiff dully obliged and paid his delivery fee then waited patiently for the visa Exhibit G ( receipt of the delivery fee paid)

1. Plaintiff application was suspended under Section 221(g) of the Immigration and nationality Act because of missing documentation (EXHIBIT D) : Proof of relationship to benefit his wife of the derivative status . The court is reminded the plaintiff is the principal applicant , the implication of this fact is : The plaintiff was there and then qualified for a diversity visa the only show stopper was getting a derivative status to his spouse (Xiaohui HAN)

## CONCLUSION

To this end, we ask the Court to deny the Defendants' request.

It is, of course, our position, that the Motion to Dismiss should be denied, and that this Case should proceed to discovery. We are confident if given the opportunity, we can establish, without doubt , that the practices and procedures used by the Defendants in the administration of the  diversity visa program have been negligent, unlawful, and at complete odds with Congress' intent  to grant diversity visas to qualified applicants in a timely and expeditious manner. Our position in these cases has always been consistent, and solely with the best interests of justice at heart.

At no time Plaintiff have engaged in conduct which can be considered in "bad faith." It is the Government who has wrongfully denied adjustment of status or visas to hundreds, if not thousands, of qualified applicants, simply because they chose not to administer the program properly. Their (in)actions, and  their (in)actions alone, are in and continue to be in bad faith they imply that their actions have been beyond reproach and ours have not been in the best interests of  the USA .

The Defendants themselves, have created this situation, they wrongfully denied the Plaintiff' application for a diversity visa forcing the Plaintiff  to proceed with this litigation.

Instead of doing the just thing, the Government is forcing the plaintiff to incur significant fees (Postal services and time off work to concentrate on this lawsuit) in responding to these papers, and more importantly costs incurred by the American tax payer (Employing attorneys to respond to lawsuit and the court resources). It is simply unconscionable that we must defend our actions, when the DOS holds the key to the resolution of this matter.

Plaintiff would also like to advise the court of a decision from US court of appeals for the second circuit in Sepulveda v INS , 2005 WL 1030122 (May 4, 2005), which is relevant to these proceedings namely the jurisdiction of the court to review discretionary denials.

The second circuit of appeals found that the jurisdiction stripping provisions of INA did not bar judicial review of nondiscretionary. Here , the Plaintiff 's application for a diversity visa was denied for purely legal reasons. As such , the court has jurisdiction to review these denials , and should do so

For all of the above reasons, the Government's motion to dismiss should be denied.

Dated: February 4th, 2008

Respectfully Submitted,

HENRI KELI

31 PARK GRANGE MOUNT

SHEFFIELD S2 3SP

UNITED KINGDOM

+44 7713165831

CERTIFICATE OF SERVICE

I hereby certify that on 04th of February 2008, I caused the foregoing Memorandum and all supporting documents to be served on defendants, addressed as follows:

CONDOLEEZA RICE, as Secretary of State

U.S. Department of state, 2201 C street NW, Washington DC20520

MAURA HARTY, as Assistant Secretary, Bureau of consular Affairs

U.S. Department of state, 2201 C street NW, Washington DC20520

STEPHEN A. "TONY" EDSON, as Deputy Assistant Secretary of State for Visa Services .

U.S. Department of state, 2201 C street NW, Washington DC20520

The U.S. Attorney General

950 Pennsylvania Avenue, NW, Washington, DC 20530

The U.S. Attorney for the District of Columbia

501 Third Street, NW, Washington, DC 20001

**KNIGHTSBRIDGE DOCTORS**
*15 Basil Mansions Basil Street London SW3 1AP*
*020 7584 9458*

## CERTIFICATE OF IMMUNIZATION

THIS IS TO CERTIFY THAT  Hassan Youssouf

WHOSE SIGNATURE APPEARS BELOW WAS ON THE DATES INDICATED INNOCULATED AGAINST:

| DATE | VACCINE | BATCH NO: | Signature & Professional Status of Vaccinator | Booster Due: | OFFICIAL STAMP |
|---|---|---|---|---|---|
| 9/10/07 | REVAXIS *dtp* | REVAXIS ®<br>Batch : 2692S-1<br>xpiry 09-2008 | | | Knightsbridge Medical Practice<br>15 Basil Street<br>London<br>UK Yellow Fever Vaccination<br>Centre |
| 9/10/07 | MMR | A1969472A | | | |
| | | | | | |
| | | | | | |

NB: If you could be PREGNANT, please note you should not have an MMR injection and you MUST
NOT GET PREGNANT within 3 months of vaccination

Signature of Person inoculated _____    Date: _____

National Identification [illegible]
[illegible]

[illegible]
31 Part [illegible]
SHEFFIELD
South Yorkshire
S2 3SP

Tel 020 [illegible]
Fax 020 7230 2688

Our Ref. 2006/[illegible]

20 June 200[illegible]

Dear Sir/Madam

**Section 7, Data Protection Act, 1998 - Subject Access**

In reply to your request for information that may be held about you by the South Yorkshire Police on computers in the following categories:-

**Person Record:** Prosecution/Conviction

The Data Protection Act places an obligation on the Police when holding personal information on computer to provide a copy of that information (unless an exemption applies) to the individual concerned on request.

**From the personal details supplied in your request there is no information held about you in the *Person Record* category of the Police National Computer.**

If you requested any categories not shown above the South Yorkshire Police will send you a separate reply.

Yours faithfully,

For Director of NIS

**[NB: The exemptions in relation to disclosure of information held on Police computers are limited to where data are held for:- (a) the prevention or detection of crime, (b) the apprehension or prosecution of offenders, and disclosing such data would be likely to prejudice those purposes.]**

This document does not constitute a Certificate of Good Character

National Identification Service Authentic Document National Identification Service Authentic Document
TO BE AUTHENTIC THIS DOCUMENT MUST INCLUDE TWO BLUE BANDS

BULLETIN [illegible]
applicable à Mayotte

Mme/M. le Procureur
Tribunal de Première Instance
de Mamoudzou

nom : **YOUSSOUF**

prénom : **Hassani**

né le : **24/05/1972**

à : **MAMOUDZOU** ( **MAYOTTE** )

nom et prénom père :

nom et prénom mère :

☒ identité vérifiée par le service
☐ identité non vérifiable par le service (art. R.77 al.2 CPP)

---

**NEANT**

Le Procureur de la République,

Le Greffier en chef,

National Identification Service
Subject Access Office

Henri Pitt...
11 Park Grange Mount
SHEFFIELD
South Yorkshire
S2 3SP

Tel 020 7230 2958
Fax 020 7230 2688

Your Ref: 2006/11523194

21 September 2006

Dear Sir/Madam,

**Section 7, Data Protection Act, 1998 - Subject Access**

In reply to your request for information that may be held about you by the West Yorkshire Police on computers in the following categories:-

**Person Record:** Prosecution/Conviction

The Data Protection Act places an obligation on the Police when holding personal information on computer to provide a copy of that information (unless an exemption applies) to the individual concerned on request.

**From the personal details supplied in your request there is no information held about you in the *Person Record* category of the Police National Computer.**

If you requested any categories not shown above the West Yorkshire Police will send you a separate reply.

Yours faithfully,

For Director of NIS

**[NB: The exemptions in relation to disclosure of information held on Police computers are limited to where data are held for:- (a) the prevention or detection of crime, (b) the apprehension or prosecution of offenders, and disclosing such data would be likely to prejudice those purposes.]**

This document does not constitute a Certificate of Good Character.

Page 1 of 1

TO BE AUTHENTIC THIS DOCUMENT MUST INCLUDE TWO BLUE BANDS

MINISTRY OF NATIONAL EDUCATION
VERSAILLES ACADEMY

# BACCALAUREATE DIPLOMA
# OF SECONDARY EDUCATION

In view of the report on the Baccalaureate examination of secondary education held on      6TH JULY 1993
made by the Chairman of the Board, a Lecturer at the University;

The Baccalaureate Diploma of Secondary Education

Series B: ECONOMICS AND SOCIAL STUDIES

Issued to      **Mr HASSANI YOUSSOUF**

in      MAMUDZU (976)

born on 24th MAY 1972

*with all the rights and prerogatives associated therewith.*

Certified Copy
The Director of the inter-academic examinations service
A. MARSIGNY
[official stamp of the Versailles Academy]

Drawn up in ARCUEIL, 26th November 1993
For and on behalf of the national Minister of Education
The Rector of the Academy OF VERSAILLES
Signed: A. FREMONT

You should make certified photocopies of the original as a duplicate will not be issued

---

Certified in Newcastle upon Tyne as a true translation of the
original document

Mr D Carole Shepherd B A., M Ed
Managing Director, AccuTrans Ltd

AccuTrans Ltd.
*Language Consultancy*
58, Beauty Avenue
Jesmond
Newcastle upon Tyne
NE2 3QN

# MINISTÈRE DE L'ÉDUCATION NATIONALE

## ACADEMIE DE VERSAILLES

# DIPLÔME DU BACCALAURÉAT DE L'ENSEIGNEMENT DU SECOND DEGRÉ

Vu le procès-verbal de l'examen du Baccalauréat de l'Enseignement du Second Degré établi le    06 JUILLET 1993
par le président du Jury, enseignant à l'Université,

Le Diplôme du Baccalauréat de l'Enseignement du Second Degré

est délivré à   SERIE : ECONOMIQUE ET SOCIAL

à   MR   YOUSSOUF   HASSANI

né le   12 MAI 1972       , à   MAMUDZU   (976)

*pour en jouir avec les droits et prérogatives qui y sont attachés.*

Fait à   ARCUEIL   , le    26 NOVEMBRE 1993

Pour le Ministre de l'Éducation Nationale et par délégation,
Le Recteur de l'Académie   DE VERSAILLES
Signé :   A. FREMONT

Pour expédition conforme
Le Chef du Service interacadémique
des examens et concours,

A. MARSIGNE

N°   780366693

IMPRIMERIE NATIONALE

University reference

| | |
|---|---|
| **Qualification** | Certificate of Higher Education |
| **Awarding institution** | London Guildhall University |
| **Teaching institution** | London Metropolitan University |
| **Programme of study** | Computing and Financial Services |
| **Professional or statutory body accreditations** | |
| **Language(s) of Instruction** | English |

## Record of Learning and Achievement

| Level | Module | | Mark | Result | Credit |
|---|---|---|---|---|---|

**1997/8 Level 1**

| Level | Module | |
|---|---|---|
| 1 | BN130 | Economics For Business |
| 1 | IF101 | Introduction To Financial Services |
| 1 | IF130 | The Macroeconomic Environment |
| 1 | LA199 | Business Law |
| 1 | QB107 | Business And Information Systems |
| 1 | QC10C | It For Information Analysis And Presentation |
| 1 | QC111 | Introduction To Programming |
| 1 | QM101 | Discrete Mathematics |

**1998/9 Level 2**

| Level | Module | |
|---|---|---|
| 2 | IF209 | Financial Analysis |
| 2 | IF214 | Law Of Financial Services |
| 2 | IF252 | Banking And International Banking Systems |
| 2 | IF255 | Investment Analysis |
| 2 | QB251 | User-Centred Systems Analysis |
| 2 | QB252 | User Interface Design |
| 2 | QC206 | Introduction To Database Management Systems |
| 2 | QC256 | Structured Systems Development |

**2000/1 Level 2**

| Level | Module | |
|---|---|---|
| 2 | IF252 | Banking And International Banking Systems |
| 2 | IF255 | Investment Analysis |
| 2 | IF257 | Insurance |
| 2 | IF258 | Financial Analysis |
| 2 | QC206 | Introduction To Database Management Systems |

**Progression Decision for 1998/9:** Please contact the appropriate Registry as you have not enrolled - results withheld

**Degree Classification**

**Date of Award** 09/05/2006

Pass

**Date Transcript Issued** 24 MAY 2006

If you wish to check the validity of this transcript please email transcripts@londonmet.ac.uk



PLEASE CONTACT THE ........................................................
COLLECTION AND DELIVERY TO THE EMBASSY ONCE YOU HAVE THE REQUESTED ............
WE HAVE ACQUIRED ALL THE NECESSARY DOCUMENTS FOR ISSUANCE, WE WILL SEND ...........
PACKAGE TO YOU VIA S.M.S.

Date: _____

Symbol: _____

_VELI  HOURI_____     Case No.: _BEY 8-321___
Name (Last, First, Middle)

ρ  Your visa application has been suspended under Section 221(g) of the Immigration and Nationality Act
   because you are missing some required documents. Your application can be reconsidered when you have
   obtained the additional documents checked below.

ρ  Your visa has been denied under Section 212(a)(___)(___) of the Immigration and Nationality Act. A
   waiver of the ineligibility is___/is not___ available. The final authority to grant or deny a waiver rests with
   the Department of Homeland Security. As a result of your ineligibility/ineligibilities, you cannot travel to
   the United States on the Visa Waiver Program at any time.

================================================================

## You must supply the following additional documentation:

ρ  An Affidavit of Support, Form I-864 from _____, the Sponsor (relative) who filed
   your immigrant visa petition. If both the sponsor's and his/her spouse's income and assets are to be used to
   meet minimum income requirements, your relative and his/her spouse must complete the I-864A, "Contract
   Between Sponsor and Household Member." Your relative signs as "sponsor," and his/her spouse signs as
   "household member."

ρ  Copies of your sponsor's/joint sponsor's U.S. federal income tax returns, IRS Form 1040 (Form 1040,
   1040A, or 1040EZ) for the years 2004___, 2005___, with **all/all** supporting schedules, from
   _____. IRS printouts are fine. We cannot accept corporate or State income tax returns.

ρ  Recent job letter listing job title, current salary and date of employment; or copy of a recent pay slip for
   _____. Note: JOB TRANSFERS to the U.S. are fine, but legally we CANNOT accept a
   ............

_____
bank statements, or copies of their most recent quarterly estimated tax filings ...........
.................. showing length of time in business. Estimated net income for the current year

Solemnized at The Register Office in the Metropolitan District of

| Name and surname | Age | Condition | Rank or profession | Residence at the time of marriage | Father's name and surname |
|---|---|---|---|---|---|
| Yousouf Amir known as Amir Ruhoomiroun Yousouf | 33 | Previous Marriage Dissolved | Information Technology Consultant | 31 Park Grange Mount Sheffield S2 3SP | Hassam Yousouf |
| | 33 Years | Single | Self Employed | 31 Park Grange Mound Sheffield S2 3SP | Dog HA |

in the presence of us:

Office _____

Office _____

DEPUTY SUPERINTENDENT

Deputy Superintendent

by

Kentucky Consular Center
3505 North Highway 25W
Williamsburg KY 40769

November 10, 2006



HASSANI YOUSSOUF
31 PARK GRANGE MOUNT
SHEFFIELD S2 3SP
GREAT BRITAIN AND NORTHERN IRELAND

Dear HASSANI YOUSSOUF:

The enclosed information pertains to your application for an immigrant visa to the United States under the DV2007 program.

Your case has been sent to the American Embassy/Consulate at LONDON for immigration visa processing. Entitlement to processing at that office is governed by residence or former residence in that district. The Embassy/Consulate will inform you if your case cannot be accepted for processing, and provide instruction as to the appropriate office which should process your application.

An appointment has been scheduled for you to come to that office on January 10, 2007 08:00 AM. All members of your family immigrating with you must appear with you on the appointment date, January 10, 2007 at 08:00 AM. Please notify the office at once if you cannot keep the appointment. The address of that office is given below.

Please read and follow all the enclosed instructions very carefully. When communicating with the Embassy/Consulate either by telephone or letter, you must always refer to your name and case number exactly as they appear below.

The total fee for a Diversity Immigrant Visa per person is $755.00 in U.S. dollars. The applicant fee (per person) is $335.00, the security surcharge (per person) is $45.00, and the Diversity Visa Lottery surcharge (per person) is $375.00.

Upon arrival at the Embassy/Consulate on your appointment day, please present this letter to the receptionist.

The Kentucky Consular Center has completed its process of your case and any further inquiries should be addressed to:

EMBASSY OF THE UNITED STATES
VISA UNIT
5 UPPER GROSVENOR ST
LONDON
GREAT BRITAIN AND NORTHERN IRELAND
09042-450-100

| | |
|---|---|
| Case Number: | 2007EU00008331 |
| PA Name: | YOUSSOUF, HASSANI |
| Preference Category: | DV DIVERSITY |
| Foreign State Chargeability: | FSAT |



U.S. Department of State
## SUPPLEMENTAL REGISTRATION FOR
## THE DIVERSITY IMMIGRANT VISA PROGRAM

OMB APPROVAL NO. 1405-0096
EXPIRATION DATE: 12/31/2006
ESTIMATED BURDEN: 30 MINUTES
*See Page 2

**INSTRUCTIONS**

The following is a supplemental registration form for the Diversity Immigrant Visa Program. You must be registered as a principal applicant.

Clearly print or type all answers in the English language. Answer all questions.

Using the enclosed self-adhesive return address label, immediately send this form along with Form DS-230 to: Diversity Immigrant Visa Program, Kentucky Consular Center, 3505 N. Highway 25W, Williamsburg, KY 40769. Failure to follow instructions will disqualify your application.

You will be notified by mail of your appointment date, therefore the answer to question No. 3 must be accurate.

**1. NAME** *(Last, First, MI)*

KELI HENRI

**2. RANK ORDER NUMBER** *(Case number on envelope)*

2007EU00008331

**3. CURRENT MAILING ADDRESS** *(Address at which you receive your mail. Give any change of mailing address here.)*

31 PARK GRANGE MOUNT, SOUTH YORKSHIRE, SHEFFIELD S2-3SP, UNITED KINGDOM

FORMERLY LIVING IN 16 BUSBY HOUSE, ALDRINGTON ROAD, LONDON SW16 1TZ, UNITED KINGDOM

Telephone Number     +44 7713165831

**4. NAME OF UNITED STATES CONSULAR OFFICE WHERE YOU WOULD LIKE TO PROCESS YOUR APPLICATION**
This will usually be the consular office nearest the place you live. However, please note that some U. S. Embassies and Consulates do not process immigrant visas. If you are not sure whether the U.S. Embassy or Consulate nearest you processes immigrant visas, or if you do not know which is the U.S. Embassy or Consulate nearest you, please list the city and country where you live. If you live in the United States and plan to adjust status with the Bureau of Citizenship and Immigration Services in the U.S., please list "BCIS"; if you live in the United States but you intend to return abroad to be interviewed, please list the U.S. Embassy or Consulate that processes immigrant visas for the area where you lived before you came to the United States.

LONDON CONSULAR OF THE UNITED STATES OF AMERICA

**5. THE COUNTRY YOU LISTED AS YOUR NATIVE COUNTRY ON YOUR DIVERSITY VISA PROGRAM APPLICATION**
In most cases, this will be the country where you were born. You may also claim the country of birth of your husband or wife. In addition, you may claim the country of birth of either of your parents, if neither of your parents lived in, or was born in, the country where you were born.

MAMOUDZOU, MAYOTTE (FRENCH SOUTHERN AND ANTARCTIC TERRITORIES)

**6. EDUCATION**

a. Check the highest level of education completed.

☐ High School, No Degree     ☐ High School Diploma     ☐ Vocational School

☑ College, No Degree     ☐ University Degree     ☐ Advanced Degree

☐ Other _____

b. Names and addresses of all schools, colleges, and universities attended *(include trade and vocational schools):*

| NAME OF EDUCATIONAL INSTITUTION | FROM *(mm-yyyy)* | TO *(mm-yyyy)* | DEGREE(S) OR CERTIFICATE(S) RECEIVED |
|---|---|---|---|
| GUILDHALL UNIVERSITY, LONDON, UK | 09-1997 | 01-2001 | CERTIFICATE OF HIGH EDUCATION |
| UVSQ, ST QUENTIN EN YVELINES, FR | 09-1993 | 09-1995 | NONE |
| HIGH SCHOOL DESCARTES, MONTIGNY, FR | 10-1991 | 09-1993 | BACCALAUREAT DEGREE |
| HIGH SCHOOL , BRIGNOLES, FR | 09-1991 | 10-1991 | N/A |
| JUNIOR HIGH SCHOOL, LE LUC , FR | 09-1990 | 09-1991 | BECPC DIPLOMA |
| ... HIGH SCHOOL, TOULON, FR | 09-1987 | 09-1990 | N/A |

DSP-122
12-2003



U.S. Department of State

APPLICATION FOR
IMMIGRANT

OMB APPROVAL NO. 1405-0015
EXPIRES: 07/31/2007
ESTIMATED BURDEN: 1 hour
(See Page 4)

## PART I - BIOGRAPHIC DATA

**INSTRUCTIONS:** Complete one copy of this form for yourself and each member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are **Not Applicable** with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form.

**WARNING:** Any false statement or concealment of a material fact may result in your permanent exclusion from the United States.

This form (DS-230 PART I) is the first of two parts. This part, together with Form DS-230 PART II, constitutes the complete Application for Immigrant Visa and Alien Registration.

| 1. Family Name | First Name | Middle Name |
|---|---|---|
| KELI | Henri | N/A |

2. Other Names Used or Aliases *(If married woman, give maiden name)*

hassani youssouf johnny harisoane rakotoarivony

3. Full Name in Native Alphabet *(If Roman letters not used)*

Full Name in Native alphabet Henri KELI

| 4. Date of Birth *(mm-dd-yyyy)* | 5. Age | 6. Place of Birth | | |
|---|---|---|---|---|
| 05-24-1972 | 34 | *(City or town)* Mamoudzou | *(Province)* Mayotte | *(Country)* France |

| 7. Nationality *(If dual national, give both)* | 8. Gender | 9. Marital Status |
|---|---|---|
| French & British | [X] Male   [ ] Female | [ ] Single *(Never married)*   [X] Married   [ ] Widowed   [ ] Divorced   [ ] Separated  <br> Including my present marriage, I have been married __two__ times. |

10. Permanent address in the United States where you intend to live, if known *(street address including zip code)*. Include the name of a person who currently lives there.

N/A

Telephone number: N/A

11. Address in the United States where you want your Permanent Resident Card (Green Card) mailed, if different from address in item #10 *(include the name of a person who currently lives there)*.

N/A

Telephone number: N/A

12. Your Present Occupation

Backup Administrator (Data)

13. Present Address *(Street Address) (City or Town) (Province) (Country)*

31 Park Grange Mount,Sheffield S2-3SP,South Yorkshire,United Kingdom

Telephone number: Home +44 1143284674    Office +44 7713165831

| 14. Name of Spouse *(Maiden or family name)* | First Name | Middle Name |
|---|---|---|
| HAN | Xiaohui | |

Date *(mm-dd-yyyy)* and place of birth of spouse:   03-15-1972   Dandong (People republic of China)

Address of spouse *(If different from your own)*:   31 Park Grange Mount,Sheffield S2-3SP,South Yorkshire,United Kingdom

Spouse's occupation:   Cleaner                    Date of marriage *(mm-dd-yyyy)*:   03-04-2006

| 15. Father's Family Name | First Name | Middle Name |
|---|---|---|
| YOUSSOUF | Hassani | N/A |

| 16. Father's Date of Birth *(mm-dd-yyyy)* | Place of Birth | Current Address | If deceased, give year of death |
|---|---|---|---|
| CIRCA 1953 | Chirongui,Mayotte(FR) | Route du terrain de foot,97620 Chirongui (Fr) | N/A |

| 17. Mother's Family Name at Birth | First Name | Middle Name |
|---|---|---|
| OMAR | Thamarati | N/A |

| 18. Mother's Date of Birth *(mm-dd-yyyy)* | Place of Birth | Current Address | If deceased, give year of death |
|---|---|---|---|
| CIRCA 1954 | Chirongui,Mayotte(FR) | quartier cetam,97620 Chirongui (Fr) | N/A |

DS-230 Part I
07-2004

**THIS FORM MAY BE OBTAINED FREE AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA**
PREVIOUS EDITIONS OBSOLETE

Page 1 of 2

Invoice Number: 435043191                    201799

Delivery Details                                Collection Details

MR HENRI KELI

31 PARK GRANGE MOUNT
SHEFFIELD
S YORKSHIRE

                        S2 3SP

Customer Phone Number              07713165831

| Family | Net | VAT | |
|---|---|---|---|
| Charge for Package Family | 11.91 | 2.09 | £ 14.00 |
| Payment received with thanks. | -14 | 0 | £ (14.00) |

Amount Outstanding  0.00 Sterling

The SMS Courier will need to see identification of the Applicant at the time of the delivery.

Valid proof of Identification is either a Driving License, Bank Card, Credit Card or a Utility Bill bearing the Applicants name.

If you have any queries relating to this delivery/collection please call our Customer Contact Centre on 0870 950 1760

I confirm that the delivery and/or collection details above are correct.

For SMS Use only      1008075014