UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HENRI KELI,                         )
                                    )
        Plaintiff,                 )
                                    )
  v.                                )  Civil Action No. 07-1697  (RBW)
                                    )
CONDOLEEZA RICE,                    )
Secretary of State, et al.,         )
                                    )
        Defendants.                )
_____)

**ORDER**

    In accordance with a memorandum opinion entered this same date, it is

    **ORDERED** that the respondents' motion to dismiss is **GRANTED**.  It is further

    **ORDERED** that the petitioner's mandamus petition and complaint is **DISMISSED** in its entirety.  It is further

    **ORDERED** that this case is **CLOSED**.

    **SO ORDERED** this 18th day of August, 2008.

                                                     REGGIE B. WALTON
                                                     United States District Judge